UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GREGORY R. BRYANT,

    Plaintiff,

v.                                                    Case No.  5:11-cv-153-Oc-10TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

ORDER

Pending before the Court is plaintiff's Application for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act (Doc. 24) and the Defendant's Response to Plaintiff's Motion for Attorney's Fees (Doc. 26).

Plaintiff seeks an award of $2,844.32 in attorneys' fees pursuant to 28 U.S.C. § 2312, the Equal Access to Justice Act.  This amount is based upon a claim of 15.8 hours of attorney time at the rate of $180.02 per hour.[1]  The defendant does not oppose the motion.  The Court, based upon its own experience, finds the hours expended by plaintiff's lawyer reasonable and the defendant has no objection to the relief sought.  Now, after due consideration, the motion is GRANTED and plaintiff is awarded $,2,844.32 in attorneys' fees.

IT IS SO ORDERED.

---

[1] See, 28 U.S.C. § 2412(d)(2)(A), $180.02 is the $125 per hour approved by Congress in 1996, adjusted for inflation per the Consumer Price Index.

DONE AND ORDERED in Ocala, Florida, on December 15, 2011.

                                                THOMAS B. SMITH
                                                United States Magistrate Judge

Copies to all Counsel